IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| THE CHARTER OAK FIRE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>JON SHERNER; TRACEY SHERNER; TIMBERLINE GAS, LLC, d/b/a MADISON RIVER PROPANE; H. SHEPARD BAILEY; and THOMPSONGAS, LLC,<br><br>Defendants. | CV 22-132-BLG-SPW-TJC<br><br>ORDER |

Upon Stipulation for Dismissal Without Prejudice (Doc. 15), between the parties hereto, by and between their counsel of record,

IT IS HEREBY ORDERED that all claims in the above-entitled cause against Defendant **ThompsonGas, LLC only** are dismissed without prejudice, with each party to bear their own costs and attorney's fees.

1

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 7th day of June, 2023.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge

2