UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| THE CHARTER OAK FIRE INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JON SHERNER,<br><br>　　　　　Defendant. | Case No. CV-22-132-BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**　X　** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED Judgment is entered in favor of plaintiff The Charter Oak Insurance Company and against defendants Jon and Tracey Sherner as entered in the Court's Order E.C.F. 44, filed on January 17, 2024.

Dated this 22nd day of January, 2024.

TYLER P. GILMAN, CLERK

By: /s/ E.Hamnes
E.Hamnes, Deputy Clerk